# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77374

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying a motion to modify sentence and denying a motion for further declaratory relief. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

This court's review of this appeal reveals jurisdictional defects. The district court entered the order denying a motion to modify sentence on July 17, 2018. Appellant did not file the notice of appeal, however, until November 6, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Further, no statute or court rule provides for an appeal from an order denying a motion for further declaratory relief. *Castillo v. State*, 106

18-907634

Nev. 349, 352, 792 P.2d 1133, 1135 (1990).  Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
                        Pickering

_____, J.          _____, J.
Gibbons                              Hardesty


cc:   Hon. Kimberly A. Wanker, District Judge
      Carl Dean Edwards
      Attorney General/Carson City
      Nye County District Attorney
      Nye County Clerk